FILED
CLERK, U.S. DISTRICT COURT
FEB 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ROBLEDO,<br><br>                 Petitioner,<br><br>          v.<br><br>JOSEPH MCGRATH, Warden, et al.,<br><br>                 Respondent. | CASE NO.  CV 04-04035 RSWL (SS)<br><br>**ORDER ADOPTING FINDINGS,**<br>**CONCLUSIONS, AND RECOMMENDATIONS OF**<br>**UNITED STATES MAGISTRATE JUDGE** |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein and the Amended Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Amended Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

   **IT IS ORDERED** that (1) the March 8, 2006 Order granting Petitioner's Motion to Stay is vacated; and (2) the case shall proceed on the claims raised in the original Petition.

Case 2:04-cv-04035-RSWL-SS   Document 55   Filed 02/06/08   Page 2 of 2   Page ID #:107

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on counsel for Petitioner and counsel for Respondent.

DATED: Feb 5, 2008

RONALD S.W. LEW

_____
RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE