FILED
CLERK, U.S. DISTRICT COURT
MAR 13 2008
CENTRAL DISTRICT OF CALIFORNIA
BY  DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only___

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ROBLEDO, | NO. CV 04-04035 RSWL (SS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| ROBERT HOREL, Warden, et al. | |
| Respondents. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 12, 2008

RONALD S.W. LEW
_____
RONALD S.W. LEW
SENIOR UNITED STATES DISTRICT JUDGE